# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ASHLEY BARNETT,

      Plaintiff,

v.

      Case No. 4:20-cv-449-WS-MAF

UNITED STATES OF AMERICA and
PAUL ROLSTON,

      Defendants.

## NOTICE OF A PRIOR OR SIMILAR CASE

      NOTICE IS HEREBY GIVEN, pursuant to Local Rule 5.6, that the

following are similar claims: *Morton v. United States, et al.*, 4:18-cv-177-RH-

MAF, and *Alexander v. United States, et al.*, 4:19-cv-138-RH-MAF.

      Respectfully Submitted,   *s/James V. Cook*_____
      JAMES V. COOK, ESQ.
      Florida Bar Number 966843
      Law Office of James Cook
      314 West Jefferson Street
      Tallahassee, FL 32301
      (850) 222-8080; 561-0836 fax
      cookjv@gmail.com

      RICHARD E. JOHNSON, ESQ.
      Florida Bar Number 858323
      Law Office of Richard E. Johnson
      314 West Jefferson Street
      Tallahassee, Florida 32301
      (850) 425-1997; 561-0836 fax
      rick@rej-law.com

      Attorneys for Plaintiff